Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 1:11-cv-00411-AWI-SMS** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER** |
| **v.** | |
| **STEVEN CASTANON SORONDO, et al.** | |
| **Defendants.** | |

TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Wednesday, May 11, 2011 at 9:15 AM.    As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Sixty (60) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Steven Castanon Sorondo, individually and d/b/a The Lamp Post a/k/a Lamp Post Bar; and Starden, Inc., an unknown business entity d/b/a The Lamp Post a/k/a Lamp Post Bar.   As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

2    Scheduling Conference, presently scheduled for Wednesday, May 11, 2011 at 9:15 AM to a new date

3    approximately Sixty (60) days forward.

4

5

6                                          Respectfully submitted,

7

8

9

10   Dated: May 3, 2011                    */s/ Thomas P. Riley*
                                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
11                                         By: Thomas P. Riley
                                           Attorneys for Plaintiff
12                                         J & J Sports Productions, Inc.

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

## ORDER

It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-00411-AWI-SMS styled *J & J Sports Productions, Inc. v. Steven Castanon Sorondo, et al.*, is hereby continued from Wednesday, May 11, 2011 at 9:15 AM, to:   Tuesday, August 2, 2011 at 9:15 a.m. in Courtroom #7 before Judge Snyder   .

**IT IS SO ORDERED**:

Dated:   May 3, 2011                          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 3, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Steven Castanon Sorondo (Defendant)
607 Divisadero Street
Fresno, CA 93721

Starden, Inc. (Defendant)
607 Divisadero Street
Fresno, CA 93721

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 3, 2011, at South Pasadena, California.

Dated:  May 3, 2011                              */s/ Maria Baird* _____
                                                **MARIA BAIRD**