Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 1:11-cv-00411-AWI-SMS** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER** |
| **STEVEN CASTANON SORONDO, et al.** | |
| **Defendants.** | |

**TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Scheduling Conference in this action, presently set for Tuesday August 2, 2011 at 9:15 A.M. This request will be, and is, necessitated by the fact that defendants Steven Castanon Sorondo, individually and d/b/a The Lamp Post a/k/a Lamp Post Bar; and Starden, Inc., an unknown business entity d/b/a The Lamp Post a/k/a Lamp Post Bar are in default and Plaintiff's Application for Default Judgment will soon be filed before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants. As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Scheduling Conference presently scheduled for Tuesday August 2, 2011 at 9:15 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: July 26, 2011          _/s/ Thomas P. Riley_
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

**ORDER**

It is hereby ordered that the Scheduling Conference on August 2, 2011 at 9:15 a.m. in Courtroom 7 before Judge Snyder,  in civil action number 1:11-cv-00411-AWI-SMS styled *J & J Sports Productions, Inc. v. Steven Castanon Sorondo, et al*., is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:   July 26, 2011                          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

///

///

///

///

///

///

///

///

///

///

///

///

///